**FROM: The District Court of the 2nd Judicial District. County of Silver Bow.**

| | |
|---|---|
| STATE OF MONTANA, | |
| Plaintiff, | NO. 96-129 |
| vs. | DECISION |
| Harold J. LaPier, | |
| Defendant. | |

On June 17, 1997, the defendant was sentenced to two (2) years in the Montana State Prison, with an additional five (5) years in the Montana State Prison for being a persistent felony offender pursuant to §46-18-501, MCA, 1995. Such additional sentence shall run consecutive to the sentence imposed for the underlying offense. The defendant was given credit for 251 days served in the Butte-Silver Bow County Jail.

On February 11, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and advised of his right to be represented by counsel. The defendant proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed

clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 11th day of February, 1999.

DATED this 9th day of March, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**